# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAMUEL LEE LOWRY,

      Petitioner,

    v.

SUPERINTENDENT SCI COAL TOWNSHIP,

      Respondent.

No. 4:26-CV-00066

(Chief Judge Brann)

## ORDER

**AND NOW**, this 15th day of June 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.  Petitioner Samuel Lee Lowry's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** for lack of habeas jurisdiction.

2.  A certificate of appealability shall not issue, as Lowry has not made a substantial showing of the denial of a constitutional right, s*ee* 28 U.S.C. § 2253(c)(2), or that "jurists of reason would find it debatable" whether this Court's procedural ruling is correct, *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

3.  Lowry's motion for discovery (Doc. 15) is **DISMISSED** as moot in light of paragraph 1 above.

4.  The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge